IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:   December 8, 2005 |
| vs. | : | |
| | : | |
| LEONARD N. ROSS | : | Criminal No. 2005-690 |
| 1901 JFK Blvd., Apt. 1626 | | |
| Philadelphia, PA  19103 | | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for a GUILTY PLEA HEARING in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on December 13, 2005 at 1:30 p.m. before the Honorable Michael M. Baylson.  **Courtroom 3A.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

_____/s/
Lenora Kashner Wittje
Deputy Clerk to Judge Michael M. Baylson
267-299-7529

**[] INTERPRETER REQUIRED**
**[] THIS PROCEEDING HAS BEEN RESCHEDULED FROM**
**SPEEDY TRIAL DATE:**

Notice to:         Defendant (via mail)
                   James C. Schwartzman, Defense Counsel (fax 215-563-2134)
                   Bea Witzleben, A.U.S.A. (via email)
                   U.S. Marshal (via email)
                   Probation Office (via email)
                   Pretrial Services (via email)
                   Larry Bowman (via email)

O:\Kashner\Scheduling - Judge Baylson\Ross Notice.wpd