IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Criminal No. 05-690 |
| LEONARD ROSS | : | |

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of the Defendant in the above-captioned case.

/s/ Joel H. Slomsky
JOEL HARVEY SLOMSKY, ESQUIRE
1601 Market Street, 16th Floor
Philadelphia, Pennsylvania 19103

(215) 665-3417

Date: December 22, 2005